UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 18 P 3: 20
U.S. DISTRICT COURT

IN RE: PETER D. HIRSCHL          :   CIVIL ACTION
                                 :   NO. 3:02 GP 5 (SRU)
                                 :
                                 :   MAY 18, 2005

## APPEARANCE

Please enter my appearance on behalf of Defendant Peter D. Hirschl in connection with the above-entitled matter.

_____
Marcy Tench Stovall (ct14238)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: mstovall@znclaw.com

Attorneys for Peter D. Hirschl

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

Hugh F. Murray, Esq.
Murtha Cullina LLP
185 Asylum Street
Hartford, CT 06103-3469

Dated at Bridgeport, Connecticut on this 18th day of May, 2005.

                                                    _____
                                                    Marcy Tench Stovall