UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PETER D. HIRSCHL | : | |
| | : | Civil Action Nos. |
| | : | 3:02GP 5 (SRU) |
| | : | 3:02GP 17 (SRU) |

## ORDER IMPOSING DISCIPLINE

Peter D. Hirschl's admission to the bar of this District is presently suspended, pursuant to the automatic suspension provisions of Local Rule 83.2(e)2, following his conviction for violation of 18 U.S.C. § 1956(h). In addition, the Federal Grievance Committee has filed a presentment seeking reciprocal discipline under Local Rule 83.2(f), following Hirschl's suspension from the bar of the State of Connecticut and the State of New York. Hirschl has petitioned for readmission.

Hirschl has completed the term of confinement and paid the fine imposed at the time of his sentencing. On May 23, 2003, the Superior Court ordered Hirschl reinstated to the bar of the State of Connecticut, effective January 1, 2005. On July 29, 2004, the New York Supreme Court ordered that Hirschl remain on suspension from the bar of the State of New York until completion of his term of supervised release.

The reciprocal discipline provision of the Local Rules calls for Hirschl to remain on suspension from the bar of this Court during the term of his suspension from the bar of the State of New York, unless one of the exceptions noted in Rule 83.2(f)2 applies. I have considered the submissions of the parties, the comments of District Judge Alfred V. Covello at Hirschl's sentencing, the reasoning of the Connecticut Superior Court's decision to reinstate Hirschl to the

bar of the State of Connecticut, and the purpose of the Local Rule. Upon that record, I find that Hirschl's misconduct warrants substantially different discipline than that imposed by the New York courts.

Accordingly, Hirschl is hereby ordered suspended from the bar of this Court until January 1, 2006, on which date his suspension will terminate and he will be automatically reinstated to the bar of this Court upon his compliance with Local Rule 83.2(i)1.

It is so ordered.

Dated at Bridgeport this 23rd day of December 2005.

/s/_____
Stefan R. Underhill
United States District Judge